UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

vs.

       Case No. 14-CR-20276-DT

       HON. ROBERT H. CLELAND

DWAYNE LYDELL WILLIAMS,

       Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT**

A hearing was held on September 4, 2014 on the "Motion to Withdraw as Counsel for the Defendant" [Dkt #14] by attorney Todd Shanker. For the reasons stated on the record by counsel, the defendant and this court, the court will grant the motion. Therefore,

IT IS ORDERED that the motion to withdraw is **GRANTED** and the Federal Defender's Office is directed to assign an attorney from the CJA Panel to be appointed and substituted to represent Defendant.

IT IS FURTHER ORDERED that the time period from September 4, 2014 to October 4, 2014 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial. Upon the filing of the appearance of new counsel, the court will schedule a status conference to set new dates.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 11, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522