UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

CRIMINAL: 14-CR-20276
CIVIL NO: 16-CV-14400-DT

v.

DWAYNE LYDELL WILLIAMS,

          Defendant.
_____ /

## ORDER OF DISMISSAL

Defendant Dwayne Lydell Williams has given the court notice that the "Motion to Vacate Sentence Pursuant to 18:USC:2255" filed in Case 14-20276 [Dkt #43] on December 19, 2016 has been withdrawn. Therefore,

**IT IS ORDERED** that the Motion to Vacate is **TERMINATED** and the civil case associated with the criminal case is hereby **DISMISSED**.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: June 19, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 19, 2017, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (810) 292-6522